```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO

ADA L. CARMONA-RIVERA,

     Plaintiff,
                                    Civil No. 04-1318 (JAF)
     v.

THE COMMONWEALTH OF PUERTO
RICO, et al.,

     Defendants.
```

**O R D E R**

On March 31, 2005, we issued an Opinion and Order, Docket Document No. 117, granting Defendants' motions to dismiss, Docket Document Nos. 58, 88, and motion for summary judgment. Docket Document No. 78. We ordered Plaintiff to file a two-page brief articulating the claims she believed to survive the Opinion and Order. Docket Document No. 117. Plaintiff included, in her compliance summary of what she believed to be the remaining parts of her complaint, claims against Defendant Federación de Maestros de Puerto Rico ("Defendant FMPR"). Docket Document No. 120.

In our March 31, 2005, order, we concluded that "the claims against Defendant FMPR are . . . dismissed in their entirety." Docket Document No. 117. We are puzzled, therefore, by the inclusion in Plaintiff's compliance brief of any claims whatsoever against Defendant FMPR. Plaintiff's stubborn refusal to follow our unambiguous holding, together with the inevitable response from

Civil No. 04-1318 (JAF)                                                   -2-

1  Defendant FMPR, <u>Docket Document No. 121</u>, further clutters what is
2  already a messy docket.
3       We reiterate that all claims against Defendant FMPR are
4  dismissed, and advise Plaintiff to proceed in her litigation with
5  greater care and professionalism.
6       **IT IS SO ORDERED.**
7       San Juan, Puerto Rico, this 28th day of April, 2005.

8                                          S/José Antonio Fusté
9                                          JOSE ANTONIO FUSTE
10                                      Chief U. S. District Judge